UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. WILLIAMS,<br>Petitioner,<br>v.<br>ROBERT NEUSCHMID, et al.,<br>Respondents. | Case No. 18-cv-03688-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Billy D. Williams has failed to comply with the Court's order to (i) file a complete application to proceed *in forma pauperis* ("IFP") or pay the $5.00 filing fee; and (ii) file a petition on this Court's form. Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Williams may move to reopen this habeas action. Any such motion must contain (i) a complete IFP application, or full payment for the $5.00 filing fee; and (ii) a petition on this Court's form.

If he is considering reopening this matter, Williams should consider whether he is filing his claims in the correct court. He indicates that he is applying for an extension of time regarding an appeal from the Superior Court of California, County of San Joaquin. Dkt. No. 1. There are no facts alleged. He will need to plausibly plead his claims so that I can determine if there is federal court jurisdiction.

The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 7, 2018


WILLIAM H. ORRICK
United States District Judge